IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
BILL DAWSON d/b/a XK9 DESIGN,

                            Plaintiff,

   -against-

MILLENNIUM FILMS, INC.,
NU IMAGE (CALIFORNIA) INC.,
TECHNICOLOR CREATIVE SERVICES USA, INC.,

                            Defendants.
---------------------------------------------------------------- X

11-CV-5298
(DLI) (JMA)

STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff Bill Dawson, d/b/a XK9Design and Defendants MILLENNIUM FILMS, INC., NU IMAGE (CALIFORNIA) INC., and TECHNICOLOR CREATIVE SERVICES USA, INC. that this action shall be, and the same hereby is dismissed with prejudice, without costs or attorneys fees to any party.

Dated: February 10, 2012
New York, New York

By:_____
Frank J. Martinez (FJM-2149)

THE MARTINEZ GROUP PLLC
55 Washington Street, Suite 253-C
Brooklyn, New York 11201
*Attorneys for Plaintiff, Bill Dawson d/b/a XK9 Design*

2/10/12.
Oxnard, CA

By:_____
David Gerber

D. Gerber Law Offices
2741 South Victoria Avenue, Suites C & D
Oxnard, California 93035 Attorneys for Defendants, *Millennium Films, Inc., Nu Image (CALIFORNIA) Inc., and Technicolor Creative Services USA, Inc.*

{00019251 v.1}

## AFFIDAVIT OF SERVICE

I hereby certify that a true copy of the foregoing document, Stipulation of Dismissal was served on February 11, 2012 by electronic mail only to:

David Gerber, Esq.
D. Gerber Law Offices
2741 South Victoria Avenue, Suites C & D
Oxnard, CA 93035
(805) 382-8760 Telephone
(805) 382-8768 Facsimile
dgerberlaw@verizon.net
*Attorney for Defendants*


Bruce A. Schoenberg, Esq.
Schrader & Schoenberg, LLP
711 Third Avenue, Suite 1803
New York, New York 10017
(212) 986-4888 Telephone
(212) 986-4228 Facsimile
bruce@schradschoen.com
*Attorney for Defendants*


Date: February 11, 2012         By: _____
                                    Frank J. Martinez

{00019251 v.1}